UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:19-CV-00421-X |
| US POLYCO, Inc., et. al., | § § § | |
| *Defendants.* | § § | |

# ORDER

On April 17, 2020, plaintiff The Cincinnati Specialty Underwriters Insurance Company ("Cincinnati Specialty Underwriters") filed an agreed motion to dismiss its claims against defendants US Polyco Inc. and Jared Joseph Miguez with prejudice [Doc. No. 39]. The Court hereby **GRANTS** Cincinnati's Specialty Underwriters's motion and **DISMISSES WITH PREJUDICE** its claims against defendants US Polyco Inc. and Miguez.

**IT IS SO ORDERED** this 20th day of April, 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1